# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>MEYER SAMUEL BELZER,<br><br>　　　　　　　　　　Defendant. | Case No. 21-CR-03329-CAB<br><br>**ORDER AND JUDGMENT TO DISMISS THE INFORMATION** |

Upon motion of the United States of America and pursuant to the successful completion of the pretrial diversion plea agreement, IT IS HEREBY ORDERED that the Information as to MEYER SAMUEL BELZER, in the above-entitled case, be dismissed without prejudice.

　　IT IS SO ORDERED.

　　DATED: August 1, 2023

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　HON. Michael S. Berg
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge